UNITED STATES of America,
Plaintiff—Appellee,

v.

Clarence Sheldon JUPITER, a/k/a
Star, Defendant—Appellant.

No. 10–6280.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 19, 2010.

Decided: Oct. 26, 2010.

Clarence Sheldon Jupiter, Appellant Pro Se. Donald Ray Wolthuis, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Before DUNCAN, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clarence Sheldon Jupiter appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence based on Amendments 505 and 706 to the *U.S. Sentencing Guidelines Manual*. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Jupiter*, No. 5:93–cr–00004–sgw–1 (W.D.Va. Aug. 21, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*